have other discussions with Bishop prior to trial. Further, although the motions to suppress were untimely, they were considered by the district court, and Bishop's statement to law enforcement officers was not introduced at trial. Finally, Bishop's conclusional allegations that defense counsel failed to find any witnesses, present a defense, prepare for trial, and investigate in hopes that the district court would grant a continuance are insufficient to support a claim for ineffective assistance of counsel. *See Koch v. Puckett,* 907 F.2d 524, 530 (5th Cir.1990).

Accordingly, the district court's judgment is AFFIRMED.

J. Joshua Stevens, Jr., Stevens Law Firm, West Point, MS, David Brian McLaurin, James Gregory Brown, McLaurin Law Firm, Tupelo, MS, for Defendant–Appellee.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: *

For reasons assigned in its careful opinion of September 8, 2003, we agree with the district court that this action is barred by res judicata.

AFFIRMED.

**Herbert Leon BREWER, III,**
**Plaintiff–Appellant**

v.

**CENTRAL STATES HEALTH & LIFE COMPANY OF OMAHA, NEBRASKA,**
**Defendant–Appellee.**

No. 04–60117.

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Oct. 26, 2004.

William Bolton Seale, The Seale Law Firm, Memphis, TN, for Plaintiff–Appellant.

**Duke Stewart ELLIOTT,**
**Plaintiff–Appellant,**

v.

**Jay T. MORGAN, Warden II; Glenn W. Smith, Assistant Warden; Priscilla Daly; Michael P. Odwyer, Captain; Cynthia A. Wood, Officer; James Jones, Defendants–Appellees.**

No. 04–20150.

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Oct. 26, 2004.

Bruce Edward Anton, Sorrels & Udashen, Dallas, TX, for Plaintiff–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.